No. 16,866.

ESTATE OF STILLWELL.
CHASE, ADMINISTRATOR *v*. ALDRICH.
(247 P. [2d] 805)

Decided August 18, 1952.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. A. E. SMALL, JR., for plaintiff in error.

Mr. WILLIAM ATHA MASON, Mr. KENNETH C. BALCOMB, JR., for defendant in error.